■ JEFFREY PRICE, Appellant, v TUNECORE, INC., Respondent.
[43 NYS3d 896]—

Order, Supreme Court, New York County (Robert R. Reed, J.), entered January 14, 2016, which granted defendant's motion to dismiss the first cause of action only insofar as it sought to reform the parties' written employment agreement, and dismissed the second through sixth and eighth causes of action, unanimously modified, on the law, to the extent of denying the motion to dismiss the second cause of action insofar as it alleged breach of the employment agreement during the period from December 7, 2006 to December 7, 2009, and otherwise affirmed, without costs.

Plaintiff sufficiently alleged breach of the employment agreement based on defendant's failure to pay him the highest salary, but only during the period when the employment agreement, by its terms, was in effect, until December 7, 2009 (*Harris v Seward Park Hous. Corp.*, 79 AD3d 425, 426 [1st Dept 2010]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Tom, J.P., Richter, Saxe, Gische and Gesmer, JJ.